IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Case No. 07-cr-00064-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOUGLAS MORRILL PEEK

    Defendant.

---

STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the sentencing hearing, held July 23, 2007, counsel for the Government shall retain custody of the Government's original exhibits on Agent Velasquez' computer until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 23rd day of July 2007.

BY THE COURT:

_____
LEWIS T. BABCOCK, JUDGE
United States District Court

_____      __(no exhibits)_____
Attorney for Government      Attorney for Defendant

1